19376.   COOK *v.* THE STATE.

Decided March 5, 1929.   Rehearing denied April 9, 1929.

*Jackson & Jackson, W. O. Cooper Jr., Wallace & Wallace,* for plaintiff in error.

*Charles H. Garrett, solicitor-general,* contra.

Luke, J.   Albert Cook and Homer Reid were convicted of assault with intent to murder. They brought separate bills of exceptions to this court, complaining of the overruling of their respective motions for a new trial. The same issues were raised in both motions. Therefore the case of Cook is controlled by the decision in the *Reid* case, supra.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*